# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U S D C ATLANTA
Date: Nov 17 2023
KEVIN P. WEIMER , Clerk
By: s/Kevin Morris
Deputy Clerk

UNITED STATES OF AMERICA

v.

MICHAEL COREY QUARTERMAN

**CRIMINAL COMPLAINT**

Case Number: 1:23-MJ- 975

I, ATF Special Agent Gary D. Dorman, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between on or about November 3, 2023 and November 17, 2023, in Fulton County, in the Northern District of Georgia, defendant(s) did, knowingly possess a firearm while being a convicted felon.

in violation of Title 18, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Don Dorman*

Signature of Complainant
Gary D. Dorman

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| November 17, 2023 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

REGINA D CANNON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*R. Cannon*
Signature of Judicial Officer

AUSA Stephanie Gabay-Smith
stephanie.smith@usdoj.gov

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gary D. Dorman, depose and say under penalty of perjury:

### INTRODUCTION AND AFFIANT'S BACKGROUND

1. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since 2015. I am currently assigned to the Atlanta Field Division, Group 3, which is involved in various facets of ATF's enforcement programs, including firearms trafficking. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Prior to becoming an ATF Special Agent, I was a Special Agent for the United States Department of Homeland Security, Homeland Security Investigations, a Supervisory Federal Air Marshal, and a certified police officer in the State of Georgia for the Clayton County Police Department. I also hold a Bachelor's degree in Justice Studies from Georgia Sothern University in Statesboro, Georgia.

2. During my tenure as an ATF SA, I have participated in several investigations, and the execution of several search warrants and arrest warrants, where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving, but not limited to, making false statements to a federally licensed firearms dealer [18 U.S.C. § 922(a)(6)] and possession of firearm(s) by a prohibited person [18 U.S.C § 922(g)(1).

3. During my tenure as an ATF SA, I have debriefed defendants, co-conspirators, and witnesses who have been involved in the unlawful purchase, sale, and distribution of

1

firearms. During these debriefings, numerous defendants have advised that they utilized "straw" purchasers to obtain firearms and ammunition for transfer/sale to prohibited persons or to facilitate other crimes.

4. A "straw purchase" is the acquisition of firearm(s) from a federally licensed firearms dealer (FFL) via an individual other than the actual purchaser, for the purpose of concealing the identity of the true intended receiver of the firearm(s). The intended receiver is often a person who is prohibited from purchasing firearms and seeks to obtain the firearms through the "straw purchaser".

5. I have learned through my training and experience that firearms traffickers and "straw purchasers" frequently use cell phones, computers, and other electronic media devices to coordinate the purchase, sale, and/or distribution of firearms.

6. The facts contained in this affidavit come from my personal observations, ATF records/documents, my training and experience, information obtained from other agents and witnesses, and other law enforcement agencies. This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter.

7. This affidavit is made in support of a criminal complaint authorizing the arrest of Michael Corey Quarterman (hereinafter M. QUARTERMAN), for violations of Title 18, United States Code, Section 922(G)(1) [possession of firearm(s) by a convicted felon].

**PROBABLE CAUSE**

8. On November 1, 2023, ATF agents were notified that the Fayetteville Police Department had arrested an individual named Umar Aftab Asim pursuant to a traffic stop in which Asim was found to be in possession of three firearms, two of which were fitted with Glock Conversion Devices. A Fayetteville Police officer subsequently obtained a search warrant for Asim's cell phone. During the search of the cell phone, the reviewing officer observed that a person listed as "Gun Pluh", (telephone number 404-573-9226) had communicated with Asim about firearms. ATF reviewed screen shots of messages between Asim and "Gun Pluh". An ATF agent observed that Asim referred to "Gun Pluh" as "Big Bro" and the photographs and messages appeared to advertise approximately six firearms for sale.

9. ATF queried telephone number 404-573-9226 in a law enforcement database and learned that the phone number was recently associated with QUARTERMAN. ATF queried the National Crime Information Center (NCIC) criminal history report for QUARTERMAN, which returned 66 cycles and reflected several felony convictions. However, the NCIC report attributed approximately forty-three (43) aliases to QUARTERMAN, making his precise criminal history difficult to determine at this time.

10. According to Fulton County Superior Court records, QUARTERMAN was convicted of at least three separate felony offenses. On/about April 13, 2001 QUARTERMAN was convicted of three (3) counts of Aggravated Assault and one count of Theft by receiving a stolen firearm (01SC04880), March 9, 2005 Possession of cocaine (04SC16553) and August, 23, 2007 Possession of a firearm by a convicted felon (07SC59695).

11. On November 2, 2023, an ATF confidential informant (CI) acting at ATF's direction contacted the phone number (404-573-9226) believed to be used by QUARTERMAN. The communications

3

between the CI and the Subject Telephone were recorded, and the following is only a summary of certain relevant communications. The CI confirmed they were speaking with "Big Bro" and claimed that they obtained his (QUARTERMAN's) phone number from a person on Metropolitan Avenue who told them that he had "work" for sale. QUARTERMAN clarified that the CI was talking about "heat" and said that he (QUARTERMAN) would text photographs of what he had for sale.

12. Later that day, QUARTERMAN sent photographs of approximately eight firearms that he had for sale. The CI told QUARTERMAN that the firearms were being sent by boat to "Cuba" and they would buy all the firearms QUARTERMAN had. QUARTERMAN sent a text that read "good thing about my merchandise everything is legit nothing hot bro so you want have no issues". QUARTERMAN and the CI agreed to meet the following day at 170 Boulevard, SE, Atlanta, Georgia.

13. On November 3, 2023, the CI and QUARTERMAN communicated via telephone and electronic communication. QUARTERMAN sent photographs of firearms that he still had for sale and explained that he had already sold one of the Glock pistols they discussed yesterday. QUARTERMAN said "just sold the black glock 21 this morning they don't last long but these are the ones I have wit me today".

14. The CI verified with QUARTERMAN that he had five or six firearms to sell for two thousand six hundred dollars ($2600.00). The CI told QUARTERMAN "I see you don't be messing around as fast as you get them you get them gone but yeah hold the six for me" and QUARTERMAN replied "oh hell yeah bro they sale like hot cakes i got as many as u need most of my buyers buy one are two at a time but i see u about buisness so yeah we gonna stay in touch".

15.     On November 3, 2023, the CI met with QUARTERMAN in a parking lot located at 170 Boulevard, SE, Atlanta, Georgia. At the meeting, QUARTERMAN sold the following five (5) firearms to the CI.

- Taurus, PT 140 G2, .40 caliber, pistol.
- American Tactical, Omni Hybrid, Caliber: Multi (.223), rifle.
- Taurus, Model: G2C, Caliber: 9mm, pistol.
- Glock, Model: 43X, Caliber: 9mm, pistol.
- Clerk, Model: 1st, Caliber: .32 caliber, revolver.

16.     After the transaction, QUARTERMAN continued to communicate with the CI about selling the CI more firearms. In the course of these communications, the CI indicated to QUARTERMAN that the CI was a convicted felon. QUARTERMAN said that he (QUARTERMAN) was also a felon.

17.     On November 7, 2023, the CI met with QUARTERMAN in the parking lot of the Bullpen Ribs & BBQ located at 735 Pollard Blvd, SW, Atlanta, Georgia. During that meeting, the CI purchased the following three firearms from QUARTERMAN for one thousand eight hundred dollars ($1800.00).

- Highpoint, model JHP, .45 ACP, pistol.
- Highpoint, model C9, 9mm Lugar, pistol.
- Black Rain Ordnance, model Spec15, multi caliber, rifle.

18.     On November 9th, 2023, the CI spoke with QUARTERMAN about obtaining additional firearms. QUARTERMAN told the CI that he (QUARTERMAN) kept other firearms at a location in "Canton". Later that same day, in response to being asked about the purchase of a specific firearm (a Draco pistol), QUARTERMAN replied "ok that's cool maybe tomorow on the

others ones and i'm waiting on my brother now to hit me back on the draco make sure he still got it".

19. On November 10, 2023, QUARTERMAN met with the CI and an ATF agent acting in an undercover capacity in the parking lot of 735 Pollard Blvd, SW, Atlanta, Georgia. During that meeting, QUARTERMAN was told that the firearms he was selling to the CI were being sent to the "islands" or overseas. QUARTERMAN said that he could source approximately ten firearms to be delivered in approximately two weeks.

20. On November 14, 2023 the CI met with QUARTERMAN in the parking lot of the Bullpen Ribs & BBQ located at 735 Pollard Blvd, SW, Atlanta, Georgia. During that meeting, the CI purchased the following four firearms from QUARTERMAN for two thousand two hundred dollars ($2200.00).

- Taurus, model 845, .45 ACP, pistol.
- 2. Hi-Point, model C, 9mm, pistol.
- 3. Springfield Armory USA, model XD-9, 9mm, pistol.
- 4. Taurus, model The Judge, .45LC, revolver.

21. Later that day, QUARTERMAN told the CI that he (QUARTERMAN) had two machine guns for sale. The CI agreed to buy the two machine guns the following day for two thousand eight hundred dollars ($2,800.00).

22. On November 15, 2023 the CI met with QUARTERMAN in the parking lot of the Bullpen Ribs & BBQ located at 735 Pollard Blvd, SW, Atlanta, Georgia. During that meeting, the CI purchased the following two firearms from QUARTERMAN for two thousand eight hundred dollars ($2800.00). The firearms did not function check as machine guns.

- Anderson Manufacturing, AM-15, multi caliber, pistol
- Anderson Manufacturing, AM-15, multi caliber, pistol

23. Later that same day, QUARTERMAN told the CI that he had three more firearms to sell the CI. The CI agreed to buy the three (3) firearms the following day for three thousand nine hundred dollars ($3900.00) in the parking lot of the Bullpen Ribs & BBQ located at 735 Pollard Blvd, SW, Atlanta, Georgia.

24. On November 16, 2023, after exchanging phone calls and text messages with the CI, QUARTERMAN arrived at the Bullpen Ribs & BBQ located at 735 Pollard Blvd, SW, Atlanta, Georgia in a grey four door jeep bearing Georgia license plate number CYD7127. QUARTERMAN was accompanied by a white female (in the front passenger seat) previously identified as QUARTERMAN's girlfriend (Sarah Markis). After ATF agents verified QUARTERMAN to be the driver, agents arrested him and conducted a search incident to arrest of the passenger compartment of the vehicle. Agents located the following three firearms.

- Anderson Manufacturing, AM-15, multi caliber, pistol
- Anderson Manufacturing, AM-15, multi caliber, pistol
- Anderson Manufacturing, AM-15, multi caliber, pistol

25. SA Dorman conferred with an ATF Firearms Nexus Expert and learned that none of the firearms possessed and/or transferred by QUARTERMAN were manufactured in the State of Georgia. Therefore, all seventeen firearms would have traveled in or effected interstate commerce.

## **CONCLUSION**

26.     Based on the foregoing, there is probable cause to believe that between the dates of November 3rd and November17th, 2023, Michael Corey QUARTERMAN did possess at least seventeen (17) firearms in violation of United States Code Section 18 U.S.C 922 (g)(1) (Possession of firearm(s) by a prohibited person).