ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 13 2023

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL QUARTERMAN | Criminal Indictment<br><br>No. **1:23-CR-414** |

THE GRAND JURY CHARGES THAT:

### Count One
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about November 3, 2023, in the Northern District of Georgia, the defendant, MICHAEL QUARTERMAN, knowing that he had previously been convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year, that is:

- Aggravated Assault and Theft by Receiving Stolen Property on or about June 21, 2002, in the Superior Court of Fulton County, Georgia;
- Possession with Intent to Distribute a Controlled Substance on or about March 21, 2005, in the Superior Court of Fulton County, Georgia; and
- Possession of a Firearm by a Convicted Felon on or about October 4, 2007, in the Superior Court of Fulton County, Georgia;

did knowingly possess at least one of the following firearms and ammunition, that is:

- a Taurus, PT 140 G2, .40 caliber, pistol;
- an American Tactical, Omni Hybrid, Caliber: Multi (.223), rifle;
- a Taurus, Model: G2C, Caliber: 9mm, pistol;

- a Glock, Model: 43X, Caliber: 9mm, pistol; and
- a Clerk, Model: 1st, Caliber: .32 caliber, revolver,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Two
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about November 7, 2023, in the Northern District of Georgia, the defendant, MICHAEL QUARTERMAN, knowing that he had previously been convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year, that is:

- Aggravated Assault and Theft by Receiving Stolen Property on or about June 21, 2002, in the Superior Court of Fulton County, Georgia;
- Possession with Intent to Distribute a Controlled Substance on or about March 21, 2005, in the Superior Court of Fulton County, Georgia; and
- Possession of a Firearm by a Convicted Felon on or about October 4, 2007, in the Superior Court of Fulton County, Georgia;

did knowingly possess at least one of the following firearms and ammunition, that is:

- a Highpoint, model JHP, .45 ACP, pistol;
- a Highpoint, model C9, 9mm Lugar, pistol; and
- a Black Rain Ordnance, model Spec15, multi caliber, rifle,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Three
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about November 14, 2023, in the Northern District of Georgia, the defendant, MICHAEL QUARTERMAN, knowing that he had previously been convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year, that is:

- Aggravated Assault and Theft by Receiving Stolen Property on or about June 21, 2002, in the Superior Court of Fulton County, Georgia;
- Possession with Intent to Distribute a Controlled Substance on or about March 21, 2005, in the Superior Court of Fulton County, Georgia; and
- Possession of a Firearm by a Convicted Felon on or about October 4, 2007, in the Superior Court of Fulton County, Georgia;

did knowingly possess at least one of the following firearms and ammunition, that is:

- a Taurus, model 845, .45 ACP, pistol;
- a Springfield Armory USA, model XD-9, 9mm, pistol
- a Hi-Point, model C, 9mm, pistol; and
- a Taurus, model The Judge, .45LC, revolver,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Four
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about November 15, 2023, in the Northern District of Georgia, the defendant, MICHAEL QUARTERMAN, knowing that he had previously been

3

convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year, that is:

- Aggravated Assault and Theft by Receiving Stolen Property on or about June 21, 2002, in the Superior Court of Fulton County, Georgia;
- Possession with Intent to Distribute a Controlled Substance on or about March 21, 2005, in the Superior Court of Fulton County, Georgia; and
- Possession of a Firearm by a Convicted Felon on or about October 4, 2007, in the Superior Court of Fulton County, Georgia;

did knowingly possess at least one of the following firearms and ammunition, that is:

- an Anderson Manufacturing, AM-15, multi caliber, pistol; and
- an Anderson Manufacturing, AM-15, multi caliber, pistol,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

### Count Five

**(Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))**

On or about November 15, 2023, in the Northern District of Georgia, the defendant, MICHAEL QUARTERMAN, knowing that he had previously been convicted of at least one of the following offenses punishable by imprisonment for a term exceeding one year, that is:

- Aggravated Assault and Theft by Receiving Stolen Property on or about June 21, 2002, in the Superior Court of Fulton County, Georgia;

4

- Possession with Intent to Distribute a Controlled Substance on or about March 21, 2005, in the Superior Court of Fulton County, Georgia;
- Possession of a Firearm by a Convicted Felon on or about October 4, 2007, in the Superior Court of Fulton County, Georgia;

did knowingly possess at least one of the following firearms and ammunition, that is:

- Anderson Manufacturing, AM-15, multi caliber, pistol;
- Anderson Manufacturing, AM-15, multi caliber, pistol; and
- Anderson Manufacturing, AM-15, multi caliber, pistol,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Six
### (Illegally Dealing in Firearms – 18 U.S.C. § 922(a)(1)(A))

Beginning in September 2020 and continuing through November 16, 2023, in the Northern District of Georgia and elsewhere, the defendant, MICHAEL QUARTERMAN, and others known and unknown by the Grand Jury, aided and abetted by one another, and not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Section 2.

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Six of the Indictment, the defendant, MICHAEL QUARTERMAN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable

property.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

DASHENE A. COOPER
Assistant United States Attorney
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7