IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * | |
| v. | * * | 01:23-CR-00414-ELR-LTW |
| MICHAEL QUARTERMAN, | * * | |
| Defendant. | * * | |

_____

O R D E R

_____

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker. [Doc. 41]. Judge Walker recommends that Defendant's Motion to Dismiss Counts 1-5 of the indictment be DENIED. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).  No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 41] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motion to dismiss [36].

The Defendant's announcement as to whether he will enter a plea or proceed to trial is extended from November 4, 2024 (See 10/03/2024 Minute Order) to November 8, 2024. If no announcement is made by that date, the Court will schedule the case for an in-person status conference.

**SO ORDERED**, this 1st day of November, 2024.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia